**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1513**

_____

DENNIS CROFT,

    Plaintiff - Appellant,

  v.

CITY OF ROANOKE, VIRGINIA,

    Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Chief District Judge. (7:11-cv-00277-GEC-RSB)

_____

Submitted: December 27, 2012   Decided: January 24, 2013

_____

Before MOTZ, GREGORY, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John M. Loeschen, JOHN M. LOESCHEN LAW OFFICES, Roanoke, Virginia, for Appellant. Timothy Ross Spencer, OFFICE OF THE CITY ATTORNEY FOR THE CITY OF ROANOKE, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Croft, a former captain with the City of Roanoke Fire/EMS Department, appeals the district court's order granting the City of Roanoke's motion for summary judgment and dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment for the reasons stated by the district court in its memorandum opinion. See Croft v. City of Roanoke, Va., No. 7:11-cv-00277-GEC-RSB (W.D. Va. Mar. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED